FILED

08/05/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0062

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 19-0062

STATE OF MONTANA,

Plaintiff and Appellee,

v.

FRANK MACIEL,

Defendant and Appellant.

**ORDER**

Upon consideration of Appellee's motion for a 60-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including October 10, 2020, within which to prepare, serve, and file its response brief.

BF

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 5 2020